# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**
MAY 0 6 2003

In the Matter of Jeremy Linson
v.
J. Miller
A. Gonzalez
City of Chicago
Willard Kobusch

Case Number: 01C 8781

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Willard Kobusch

**FILED**
MAY X 5 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ Nicholas C. Giordano | SIGNATURE: |
| NAME: Nicholas C. Giordano | NAME: |
| FIRM: Law Offices of Nicholas C Giordano | FIRM: |
| STREET ADDRESS: 128 Wool St 1st Floor | STREET ADDRESS: |
| CITY/STATE/ZIP: Barrington IL 60010 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 847-825-8855  FAX NUMBER: 847-825-8856 | TELEPHONE NUMBER:   FAX NUMBER: |
| E-MAIL ADDRESS: NCGESQ@AOL.COM | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6204430 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER:   FAX NUMBER: | TELEPHONE NUMBER:   FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |  |